**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014**

I, William R. Lay, declare under penalty of perjury:

1. I am a Managing Director of Tempus Capital Partners, LLC (the "Company"), located at 721 Government Street, Suite 103-132, Baton Rouge, Louisiana 70802.

2. The above-captioned debtors and debtors in possession (collectively, the "Debtors"), have requested that the Company provide the services of identifying Louisiana taxpayers and facilitate the corresponding state tax credit transaction to the Debtors in connection with the sale of approximately $1.6 million Louisiana historic rehabilitation tax credits (the "Assets"), and the Company has consented to provide such services.

3. Following a successful sale of the Assets, the Company will receive compensation (the "Compensation") in exchange for its services ranging from $0.01 to $0.03 per $1.00 face value of tax credits sold to Louisiana Taxpayers depending on factors including the amount of credits sold, the effort required to coordinate the transaction, and other applicable considerations.

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

KE 35698194

4. The Company may have performed services, or may currently or in the future perform services, for persons that are parties-in-interest in these chapter 11 cases in matters unrelated to these chapter 11 cases. The Company does not hold any interest adverse to the Debtors or to the estate with respect to the matter on which the Company is to be employed in connection with these chapter 11 cases.

5. As part of its customary practice, the Company is employed in transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Company has agreed to share or will share any portion of the Compensation with any other person other than the principal and regular employees of the Company.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter upon which the Company is to be employed.

8. The Debtors owe the Company $0 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§101–1532. The Company waives and disclaims any right to payment for prepetition services.

9. As of January 15, 2015, which was the date on which the Debtors commenced these chapter 11 cases, the Company was not party to an agreement for indemnification with certain of the Debtors.

10. If the Company should discover any additional facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

KE 35698194

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 14, 2015

_____
William R. Lay

Managing Director, Tempus Capital Partners, LLC