**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> CAESARS ENTERTAINMENT OPERATING ) <br> COMPANY, INC., et al.,[1] ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) <br> STATUTORY UNSECURED CLAIMHOLDERS' ) <br> COMMITTEE, ) <br> ) <br> Appellant, ) <br> ) <br> -against- ) <br> ) <br> CAESARS ENTERTAINMENT OPERATING ) <br> COMPANY, INC., ) <br> ) <br> Appellee. ) <br> ) | Chapter 11 <br><br> Case No. 15-01145 (ABG) <br><br> (Jointly Administered) |

**NOTICE OF APPEAL FROM (I) ORDER
DENYING FOR THE REASONS STATED ON THE RECORD
MOTION TO COMPEL, AND (II) ORDER DENYING MOTION OF
STATUTORY UNSECURED CLAIMHOLDERS' COMMITTEE TO
RECONSIDER (DKT. NO. 1508) AND STRIKING PRESENTMENT DATE**

The statutory unsecured claimholders' committee (the "UCC") of Caesars Entertainment Operating Company, Inc., *et al.* (the "Debtors") hereby appeals pursuant to 28 U.S.C. § 158(a) from the following orders issued by the Hon. A. Benjamin Goldgar, United States Bankruptcy Judge, in the above-captioned chapter 11 cases: (i) *Order Denying for the Reasons Stated on the Record Motion to Compel*, dated April 29, 2015 [ECF No. 1351] (the "Ruling"), attached hereto as Exhibit A,[2] and (ii) *Order Denying Motion of Statutory Unsecured Claimholders' Committee to Reconsider (Dkt. No. 1508) and Striking Presentment Date*, dated May 11, 2015 [ECF No. 1522], attached hereto as Exhibit C.

---

[1]  The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. A complete list of the Debtors and the last four digits of their federal tax identification numbers is available at https://cases.primeclerk.com/CEOC.

[2]  The Court read the Ruling into the record at the April 29, 2015 hearing. The transcript pages containing the Ruling are attached hereto as Exhibit B.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**      **PROSKAUER ROSE LLP**
Martin J. Bienenstock (*admitted pro hac vice*)
Judy G.Z. Liu (*admitted pro hac vice*)
Philip M. Abelson (*admitted pro hac vice*)
Vincent Indelicato (*admitted pro hac vice*)
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
       -and-
**PROSKAUER ROSE LLP**
Mark K. Thomas (IL #6181453)
Jeff J. Marwil (IL #6194054)
Paul V. Possinger (IL #6216704)
Brandon W. Levitan (IL #6303819)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois  60602
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551
*Attorneys for the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al.*

**APPELLEE:**      **KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger, P.C.
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
         - and -
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Paul M. Basta, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
*Proposed Counsel to CEOC*

Dated: May 15, 2015  Respectfully submitted,
     Chicago, Illinois

   /s/ *Martin J. Bienenstock*

**PROSKAUER ROSE LLP**
Martin J. Bienenstock (*admitted pro hac vice*)
Judy G.Z. Liu (*admitted pro hac vice*)
Philip M. Abelson (*admitted pro hac vice*)
Vincent Indelicato (*admitted pro hac vice*)
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

-and-

**PROSKAUER ROSE LLP**
Mark K. Thomas (IL #6181453)
Jeff J. Marwil (IL #6194054)
Paul V. Possinger (IL #6216704)
Brandon W. Levitan (IL #6303819)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois  60602
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Attorneys for the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al.*