# **EXHIBIT A**

*Order Denying for the Reasons Stated on the Record Motion to Compel*

## U.S. Bankruptcy Court

## Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Castellano, Nancy entered on 04/29/2015 at 4:48 PM CDT and filed on 04/29/2015
**Case Name:**     Caesars Entertainment Operating Company, Inc.
**Case Number:**     15-01145
**Document Number:** 1351

**Docket Text:**
(E)Order Denying for the Reasons Stated on the Record Motion To Compel (Related Doc # [1091]). Signed on 04/29/2015. (Castellano, Nancy)