## **EXHIBIT C**

*Order Denying Motion of Statutory Unsecured Claimholders'*
*Committee to Reconsider (Dkt. No. 1508) and Striking Presentment Date*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | May 11, 2015 |
| **Bankruptcy Case** | No. 15 B 01145 | **Adversary** | |

Caesars Entertainment Operating Co., Inc.

**Brief Statement of Motion**: Order denying motion of Statutory Unsecured Claimholders Committee to reconsider (Dkt. No. 1508) and striking presentment date

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The Statutory Unsecured Claimholders Committee has moved for reconsideration of the order dated April 29, 2015, denying the Committee's motion to compel debtor CEOC to consent to the involuntary petition. The motion for reconsideration does not establish that the court made any error of law or fact in its decision, let alone a manifest one. The motion for reconsideration is therefore DENIED. The presentment date is stricken.

*[signed] A. Benjamin Goldgar*